1   Bradley T. Austin, Esq.
    Nevada Bar No. 13064
2   SNELL & WILMER L.L.P.
3   3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada  89169
4   Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
5   baustin@swlaw.com

6   *Attorneys for Defendant*
    *Equifax Information Services LLC*

7

8                   UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10  MARY B. MARHOLD,                    )  **Case No. 2:18-cv-01617-JCM-NJK**
                                        )
11                     Plaintiff,       )  **STIPULATION OF EXTENSION OF**
                                        )  **TIME FOR DEFENDANT EQUIFAX**
12  vs.                                 )  **INFORMATION SERVICES LLC TO**
                                        )  **FILE ANSWER**
13  EQUIFAX INFORMATION SERVICES LLC;   )
    PHH MORTGAGE CORPORATION; USAA      )  **(SECOND REQUEST)**
14  FEDERAL SAVINGS BANK; WEINSTEIN &   )
    RILEY, P.S.,                        )
15                                      )
                                        )
16                     Defendants.

17          Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

18  time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

19  no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

20  AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

21  answer, move or otherwise respond to the Complaint in this action is extended from October 10,

22  2018 through and including **October 24, 2018**. Plaintiff and Equifax are actively engaged in

23  settlement discussions.  The additional time to respond to the Complaint will facilitate settlement

24  discussions.

25  ///

26  ///

27  ///

28

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 10th day of October, 2018.

SNELL & WILMER LLP


By:  /s/ Bradley Austin
     Bradley T. Austin
     Snell & Wilmer, LLP
     3883 Howard Hughes Pkwy., Suite 1100
     Las Vegas, NV 89169
     Tel: 702-784-5200
     Fax: 702-784-5252
     Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

***No opposition***

 /s/ David Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*


**IT IS SO ORDERED:**


_____
United States Magistrate Judge

DATED: October 11, 2018

4822-5716-7224

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200