# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY B. MARHOLD,<br>    Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>    Defendant(s). | Case No.: 2:18-cv-01617-JCM-NJK<br><br>**Order** |

Pending before the Court is a proposed discovery plan. Docket No. 13. The deadline to file the discovery plan is November 19, 2018. *See* Docket No. 6; Local Rule 26-1(a). At this time, neither Defendant Equifax nor Defendant PHH Mortgage has responded to the complaint, and neither participated in the formulation of the discovery plan. Accordingly, the discovery plan is **DENIED** as premature.

IT IS SO ORDERED.

Dated: October 15, 2018

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge