David Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

*Attorney for Plaintiff,*
*MARY B. MARHOLD*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARY B. MARHOLD,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION; USAA FEDERAL SAVINGS BANK; WEINSTEIN & RILEY, P.S.,<br><br>Defendants. | Case No. 2:18-cv-01617-JCM-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO PHH MORTGAGE CORPORATION ONLY** |

MARY B. MARHOLD ("Plaintiff"), together with Defendant PHH MORTGAGE CORPORATION ("PHH"), hereby stipulate and agree that the above-entitled action shall be dismissed, with prejudice, pursuant to and in accordance with Federal Rule of Civil Procedure 41(a).

This Dismissal is effective **ONLY as to Defendant PHH**.  Each party shall bear its own attorney's fees and costs of suit.

Dated: April 29, 2019

| | |
|---|---|
| /s/Shawn W. Miller | /s/ Holly A. Priest |
| Shawn W. Miller, Esq. | Holly A. Priest, Esq. |
| HAINES & KRIEGER, LLC | Ballard Spahr LLP |
| 8985 S. Eastern Avenue | 1980 Festival Plaza Drive |
| Suite 350 | Suite 900 |
| Henderson, Nevada 89123 | Las Vegas, NV 89135 |
| *Attorney for Plaintiff* | *Attorney for Defendant, PHH* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 1, 2019