# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY B. MARHOLD,<br>　　Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, et al.,<br>　　Defendant(s). | Case No.: 2:18-cv-01617-JCM-NJK<br><br>**ORDER** |

On April 6, 2019, Plaintiff and Defendant USAA filed a notice of settlement. Docket No. 34. No further action has been taken with respect to that settlement. Dismissal papers must be filed by September 6, 2019.

IT IS SO ORDERED.

Dated: August 15, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge