C

David Krieger, Esq.
Nevada Bar No. Haines & Krieger
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, MARY B. MARHOLD*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| MARY B. MARHOLD,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION; USAA FEDERAL SAVINGS BANK; WEINSTEIN & RILEY, P.S.,<br><br>    Defendants. | Case No. 2:18-cv-01617-JCM-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>USAA FEDERAL SAVINGS BANK ONLY</u>** |

Plaintiff MARY B. MARHOLD and Defendant USAA FEDERAL SAVINGS BANK hereby stipulate and agree that the above-entitled action

…

…

…

…

…

…

shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, USAA FEDERAL SAVINGS BANK**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: August 23, 2019

| By: | By: |
|---|---|
| /s/David Krieger, Esq. <br> David Krieger, Esq. <br> Nevada Bar No. Haines & Krieger <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff,* <br> *MARY B. MARHOLD* | /s/Trevor R. Waite, Esq. <br> Trevor R. Waite, Esq. <br> Alverson, Taylor, Mortensen & Sanders <br> 6605 Grand Montecito Parkway <br> Suite 200 <br> Las Vegas, NV 89149 <br> *Attorney for Defendant,* <br> *USAA FEDERAL SAVINGS BANK* |

### **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 27, 2019